# LEEDS BROWN LAW, P.C.

One Old Country Road, Suite 347
Carle Place, New York 11514
(516) 873-9550
_Attorneys at Law_

March 13, 2026

**Via ECF**
Hon. Lorna G. Schofield, U.S.D.J.
Southern District Court of New York
Federal Building and United States Courthouse
40 Foley Square
New York, New York 10007

Application **GRANTED** in part.  The conference scheduled for March 24, 2026, is **ADJOURNED** to **April 21, 2026 at 3:15 P.M.**  The conference will be held in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York at room 1106.  By **April 14, 2026**, the parties shall file a joint status letter and proposed case management plan.  If Plaintiff has not been in contact with Defendant by that date, Plaintiff shall file a letter regarding the status of service.

Re:   ***Varela v. Superfoods, Inc.***
Case No. 26-cv-825 (LGS)

Dated: March 16, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

My firm represents Plaintiff Diane Varela and the putative Class in connection with the above-referenced action, which was commenced on Friday, January 30, 2026. We write now to respectfully request an adjournment of the initial conference, currently scheduled for March 24, 2026, insofar as to date we have not successfully completed service. This matter was sent to our process server on Monday, February 2, 2026, and we were only informed yesterday that service attempts were unsuccessful. Accordingly, we are currently considering our options to ensure service is completed timely. Therefore, we believe an adjournment of at least 60 days is prudent. This is Plaintiff's first request for an adjournment of the initial conference.

We thank the Court for its time and attentiveness.

Respectfully submitted,

**LEEDS BROWN LAW, P.C.**

Brett R. Cohen